46 A.3d 707

**Cordell D. YOUNG, Petitioner**

v.

**PHILADELPHIA COUNTY COURT OF COMMON PLEAS, Commonwealth of Pennsylvania Department of Correction and Regional Contract Jail Albion, Respondents.**

**No. 43 EM 2012.**

Supreme Court of Pennsylvania.

June 13, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of June, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**